CLEAR FORM

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

JANE MIKE DOE,
PLAINTIFF    PRO SE

4401-A CT AVE NW #275
Address (No Post Office Boxes)

WASHINGTON, DC, 20008
City          State    Zip Code

VS.

DISTRICT OF COLUMBIA
DEFENDANT

400 6ᵉ STREET NW
Address (No Post Office Boxes)

WASHINGTON, DC, 20001
City          State    Zip Code

Case: 1:25-cv-01357    JURY DEMAND
Assigned To : Unassigned
Assign. Date : 5/1/2025
Description: Pro Se Gen. Civ. (F-DECK)

CIVIL ACTION NO.

Jury Trial: ☑ Yes





RECEIVED
Mail Room

MAY 01 2025

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## COMPLAINT

PRO SE PLAINTIFF ("PRO SE") FILES THIS "COMPLAINT"
THAT DEF. DISTRICT OF COLUMBIA CONTINUES TO
VIOLATE THE FIFTH AMENDMENT'S "EQUAL
PROTECTION" CLAUS AS IT RELATES TO
THE U.S.A. CITIZEN HOMELESS WASHINGTONIAN
FEMALES' TREATMENT AS UN-"EQUAL
PROTECTION" ON "OPEN BEDS' AND "ER SHELTER" IN
DC GOVT'S DC SHELTER-SYSTEM (365 DAYS A YEAR)
WHILE DC GOVT PLACES NON-U.S.A. CITIZEN
HOMELESS FEMALES' IN "OPEN BEDS" AT DC GOVT'S
DC-TAXPAYER FUNDED MOTEL ROOMS INCLUDING
1 MOTEL AT DC'S NY AVE — WE THE PEOPLE-ARE
LEFT "OUTDOORS" AS DC GOVT
PUTS IT, INCLUDING TONIGHT,
WITH NOWHERE TO GO MUST
BE CORRECTED TO HONOR JIA
AS "EQUAL TREATMENT
UNDER THE LAW, AND,
Rev: 01/10/2023
*Use additional pages as needed
ANY ADDITIONAL-RELIEF THIS
HON. COURT DEEMS JUST AND PROPER.

Jane Mike Doe, PRO SE
Original Signature (in pen)
JANE MIKE DOE, PRO SE
Name
813 NY AVE NW #BSMT
Address or Facility Address
WASHINGTON, DC,
City          State    Zip Code    20005