# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE MIKE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 25-1357 (ABJ) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The Court treats the original complaint (ECF No. 1) together with plaintiff's first amended complaint (ECF No. 7) as the operative pleading. Plaintiff's subsequent motions to amend the complaint are DENIED WITHOUT PREJUDICE: one [11] fails to comply with Local Civil Rule 15.1, and the other [9], although it complies with Local Civil Rule 15.1, attaches a proposed amended complaint which alleges no facts.

It appears that the amended complaint in this case, No. 25-1357, simply repeats claims that the Court had already considered and rejected in a prior civil action. *See Doe v. District of Columbia*, No. 24-cv-2412 (D.D.C. Sept. 30, 2025), *appeal docketed*, No. 25-7151 (D.C. Cir. Oct. 9, 2025). By November 18, 2025, plaintiff shall show cause in writing why the amended complaint should not be dismissed for the same reasons the Court dismissed the prior action.

SO ORDERED.

DATE: October 28, 2025

/s/
AMY BERMAN JACKSON
United States District Judge