**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JANE MIKE DOE,             )
                                  )
          Plaintiff,          )
                                  )
    v.                     )          Civil Action No. 25-1357 (ABJ)
                                  )
DISTRICT OF COLUMBIA,   )
                                  )
          Defendant.    )

## **ORDER**

Because it appears that the amended complaint in this case, No. 25-1357, simply repeats claims that the Court already considered and rejected in a prior civil action, *see Doe v. District of Columbia*, No. 24-cv-2412 (D.D.C. Sept. 30, 2025), *appeal docketed*, No. 25-7151 (D.C. Cir. Oct. 9, 2025), on October 28, 2025, the Court issued an order directing plaintiff to show cause in writing why the amended complaint should not be dismissed for the same reasons the Court dismissed the prior action.  Plaintiff requested, and the Court granted, three motions for extensions of time.  The Court's January 28, 2026, Order (ECF No. 24) set February 20, 2026, as the deadline for plaintiff's response to the order to show cause, and it advised plaintiff that no further extensions of time would be granted absent extraordinary circumstances.

Along with a third motion for leave to proceed *in forma pauperis* (ECF No. 25), plaintiff filed a response on February 20, 2026 (ECF No. 26) which consists of this statement:

> 1.    PRO SE'S REQUEST FOR "**EXT. OF TIME**" IS DUE ON FRIDAY, FEB. 20TH 2026, (PRO SE DID NOT CONFUSE THIS CASE WITH A SEPARATE MATTER BEFORE *HON. DC CIR.*) AS THIS CASE STRICTLY CONCERNS *THE ADA AS A MATTER OF PRINCIPAL*.

Pl.'s Resp. (emphasis in original).  Plaintiff's unresponsive response neither shows cause why the amended complaint should not be dismissed, nor offers a valid reason for granting a fourth extension of time.

It is hereby

**ORDERED** that plaintiff's motion for leave to proceed *in forma pauperis* [25] is **DENIED** as moot because the Court granted leave to proceed *in forma pauperis* by Minute Order on September 15, 2025.  It is further

**ORDERED** that the complaint, as amended, and this civil action are **DISMISSED**.

The Clerk of Court shall **TERMINATE** this case.

**SO ORDERED**.


DATE:  March 20, 2026                    /s/
                                        AMY BERMAN JACKSON
                                        United States District Judge