U.S.D.C.-D.C.

JANE MIKE DOE,
     PRO SE

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC

2026 MAR 22  A 12: 45

RECEIVED

     V.

DC GOVT,
     DEF.

CASE # 25-1357 (ABJ)

RECEIVED
MAILROOM

MAR 23 2026

Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

NOTICE OF APPEAL

PRO SE'S "NOTICE OF APPEAL" OF HON.
BERMAN'S MARCH 20ᵗʰ 2026 "ORDER" THAT
THE AOA MUST BE HONORED BY THE
DC GOVT, INCLUDING, HOMELESS: USA CITIZEN,
SINGLE, FEMALE, WASHINGTONIANS: DC GOVT
MUST COMPLY.

RESPECTFULLY,
Jane Mike Doe, PRO SE
     JANE MIKE DOE, PRO SE
3503 CT AVE NW #275, WASH. DC, 20008

MARCH 21ˢᵗ 2026

CLERK'S OFFICE
**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

CASE # 25-1357 (ABJ)

DOE,
PRO SE        v.    DC GOVT)
                    LEFT.

U.S.D.C.-DC

HON. BERMAN

PRO SE'S NOTICE

OF APPEAL

RECEIVED

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC
2026 MAR 22 A 12:45