# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-7041**                    **September Term, 2025**

**1:25-cv-01357-ABJ**

**Filed On: June 18, 2026** [2179538]

Jane Mike Doe,

      Appellant

   v.

District of Columbia,

      Appellee

## O R D E R

By order filed April 6, 2026, appellant was directed to file her brief and appendix by May 26, 2026. To date, the required submissions have not been received from appellant. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by July 20, 2026.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

BY:   /s/
        Scott H. Atchue
        Deputy Clerk